UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

PORFIRIO HERNANDEZ,

               Petitioner,          09 Civ. 6496

  -against-                           ORDER

UNITED STATES OF AMERICA,

               Respondent.

----------------------------------------X

**Sweet, D.J.**

        On May 24, 2010, Petitioner Porfirio Hernandez ("Petitioner") moved for a certificate of appealability to appeal the April 19, 2010 Opinion denying his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Lozada v. United States, 107 F.3d 1011 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997).

        It is so ordered.

**New York, NY**
**June 9, 2010**

                                              ROBERT W. SWEET
                                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/10